UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| KYHAM LA-VON IVAN DUNN | Civil No. 25-1115 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| MICHAEL CENOYN, DULUTH POLICE DEPARTMENT | |
| Defendants, | |

_____

Kyham La-Von Ivan Dunn, Reg. No. 264133 MN Correctional Facility - MCF St. Cloud, 2305 Minnesota Blvd SE, St. Cloud, MN, pro-se plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b); and

2. The application to proceed in forma pauperis of plaintiff Kyham La-Von Ivan Dunn, [Docket No. 2], is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 24, 2025　　　　　　　s/John R. Tunheim                    
at Minneapolis, Minnesota　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　United States District Judge